HON. J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES Q. WILKINSON,<br><br>        Plaintiff,<br><br> vs.<br><br>ELDON VAIL; SANDRA CARTER;<br>TINA ADAMS; EARL RICHARDSON;<br>GREGORY OLEKAS; SAUL<br>MAZARIEGO; JOHN IDES; MICHAEL<br>CHRISTENSEN; DAVID O'NEEL;<br>PHYLLIS ELLIS; and ROBERT<br>SIGNOR,<br><br>        Defendants. | NO. C05-5656 JKA<br><br><br><br>ORDER REVISING SCHEDULING ORDER |

This matter having come before the Court on the parties' Joint Motion to Revise Scheduling Order, and the Court, having reviewed the Joint Motion, pleadings, and files herein, now hereby

ORDERS that the deadlines in the Case Schedule Order pertaining to discovery and disclosure of expert testimony are revised as follows:

ORDER - 1
NO. C05-5656 JKA
wilkinson\p\scheduling order prop'd

**Disclosure of Expert Testimony:**          **December 7, 2006**

**Last Date to File Discovery Motions:**    **December 15, 2006**

**Completion of Discovery:**                **January 21, 2007**

So ordered this 13th day of November, 2006.


_/s/ J. Kelley Arnold_
J. Kelley Arnold
United States Magistrate Judge