Hon. J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JAMES Q. WILKINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ELDON VAIL, et al.,<br><br>    Defendants. | No. C05-5656 JKA<br><br>ORDER PERMITTING FILING OF SECOND AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS |

Based on the Stipulation of counsel to permit filing of plaintiff's Second Amended Complaint [Dkt 48], it is

ORDERED that plaintiff may file his Second Amended Complaint.

DONE IN OPEN COURT this 23rd day of January, 2007.

                                          */s/ J. Kelley Arnold*
                                          J. Kelley Arnold
                                          United States Magistrate Judge

/ / /

Presented by:

MacDONALD HOAGUE & BAYLESS


By _____
    Jesse Wing, WSBA No. 27751
    Jay S. Brown, WSBA No. 19835
    Attorneys for Plaintiff

Approved for entry, notice of presentation waived:

ROB McKENNA
Attorney General of Washington


By _____
    Allison Stanhope, WSBA No. 30486
    Sara J. Olson, WSBA No. 33003
    Assistant Attorneys General

JACKSON & WALLACE LLP


By _____
    Matthew Wojcik, WSBA No. 27918
    Attorneys for Defendant Ellis