Hon. J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JAMES Q. WILKINSON,<br><br>  Plaintiff,<br><br>  v.<br><br>ELDON VAIL, et al.,<br><br>  Defendants. | No. C05-5656 JKA<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS JOHN IDES AND ROBERT SIGNOR |

Based on the Stipulated Motion for Dismissal Without Prejudice of Defendants John Ides and Robert Signor [Dkt.47, it is hereby

ORDERED that Plaintiff's claims against Defendants John Ides and Robert Signor are hereby DISMISSED WITHOUT PREJUDICE, each party to bear its own attorney fees and costs.

DONE IN OPEN COURT this 23rd day of January, 2007.

*/s/ J. Kelley Arnold*
Hon. J. Kelley Arnold
United States Magistrate Judge

/ / /

Presented by:

MacDONALD HOAGUE & BAYLESS


By _____
    Jesse Wing, WSBA No. 27751
    Jay S. Brown, WSBA No. 19835
    Attorneys for Plaintiff

Approved as to form; Notice of Presentation Waived:

ROB McKENNA
Attorney General of Washington


By _____
    Allison Stanhope, WSBA No. 30486
    Sara J. Olson, WSBA No. 33003
    Assistant Attorneys General

JACKSON & WALLACE LLP


By _____
    Matthew Wojcik, WSBA No. 27918
    Attorneys for Defendant Ellis