Hon. J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES Q. WILKINSON,<br><br>       Plaintiff,<br><br>vs.<br><br>ELDON VAIL; SANDRA CARTER; TINA ADAMS; EARL RICHARDSON; GREGORY OLEKAS; SAUL MAZARIEGO; JOHN IDES; MICHAEL CHRISTENSEN; DAVID O'NEEL; PHYLLIS ELLIS; and ROBERT SIGNOR,<br><br>       Defendants. | NO. C05-5656 JKA<br><br>ORDER REVISING SCHEDULING ORDER |

  This matter having come before the Court on the parties' Joint Motion to Revise Scheduling Order, and the Court, having reviewed the Joint Motion, pleadings, and files herein, now hereby

  ORDERS that the deadlines in the Case Schedule Order pertaining to discovery, discovery motions, and dispositive motions are revised as follows:

| | |
|---|---|
| **Last Date to File Discovery Motions:** | **February 16, 2007** |
| **Completion of Discovery:** | **February 28, 2007** |
| **Last Date to File Dispositive Motions:** | **March 16, 2007** |

So ordered this 23rd day of January, 2007.

          */s/ J. Kelley Arnold*
          J. Kelley Arnold
          United States Magistrate Judge

Presented by:

MacDONALD HOAGUE & BAYLESS

By _____
    Jesse Wing, WSBA No. 27751
    Jay S. Brown, WSBA No. 19835
    Attorneys for Plaintiff

Approved as to form; Notice of Presentation Waived:

ROB McKENNA
Attorney General of Washington

By _____
    Allison Stanhope, WSBA No. 30486
    Sara J. Olson, WSBA No. 33003
    Assistant Attorneys General

JACKSON & WALLACE LLP

By _____
    Matthew Wojcik, WSBA No. 27918
    Attorneys for Defendant Ellis