The Honorable Magistrate J. Kelley Arnold

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| JAMES Q. WILKINSON,<br><br>    Plaintiff,<br><br>v.<br><br>ELDON VAIL, et al.,<br><br>    Defendants. | NO. C05-5656 JKA<br><br>DECLARATION OF DEVON SCHRUM |

I, DEVON SCHRUM, make the following declaration:

1. I have knowledge of the facts herein, am over eighteen years of age, and am competent to testify to such facts. I am not a party to this lawsuit.

2. I am the Grievance Program Manager in the Office of Correctional Operations, Washington State Department of Corrections (DOC), located in Olympia, Washington. My official duties include responding to questions regarding the inmate grievance program statewide, reviewing grievances appealed to Level III, reporting to courts and DOC officials on the status of the grievance program, and other duties related to this program. I have held this position since April, 2006.

3. The Washington Offender Grievance Program (OGP) has been in existence since the early 1980's and was implemented on a department-wide basis in 1985.

EXHIBIT 2

DECLARATION OF DEVON SCHRUM             1             ATTORNEY GENERAL OF WASHINGTON
NO. C05-5656                                                              Torts Division
                                                                   7141 Cleanwater Drive SW
                                                                        PO Box 40126
                                                                   Olympia, WA 98504-0126
                                                                        (360) 586-6300

117

4. Under the OGP, an offender may file a grievance over a wide range of aspects of his/her incarceration. Inmates may file grievances challenging 1) DOC institution policies, rules and procedures; 2) the application of such policies, rules and procedures; 3) the lack of policies, rules or procedures that directly affect the living conditions of the offender; 4) the actions of staff and volunteers; 5) the actions of other offenders; 6) retaliation by staff for filing grievances; and 7) physical plant conditions. An offender may not file a grievance challenging 1) state or federal law; 2) court actions and decisions; 3) Indeterminate Sentence Review Board actions and decisions; 4) administrative segregation placement or retention; 5) classification/unit team decisions; 6) transfers; 7) disciplinary actions; and several other aspects of incarceration.

5. The OGP provides a wide range of remedies available to inmates. These remedies are outlined in OGP 015 and include 1) restitution of property or funds; 2) correction of records; 3) administrative actions; 4) agreement by department officials to remedy an objectionable condition within a reasonable time; and 5) a change in a local or department policy or procedure.

6. The grievance procedure consists of four levels of review:

Level 0 - Complaint or informal level. The grievance coordinator at the prison receives a written complaint from an offender on an issue about which the offender wishes to pursue a formal grievance. At this complaint level, the grievance coordinator pursues informal resolution, returns the complaint to the offender for rewriting, returns the complaint to the offender requesting additional information, or accepts the complaint and processes it as a formal grievance. Routine and emergency complaints accepted as formal grievances begin at Level I, complaints alleging staff misconduct are initiated at Level II.

Level I - Grievances against policy, procedure, or other offenders, and grievances processed as emergencies. The local grievance coordinator is the respondent at this level.

DECLARATION OF DEVON SCHRUM   2   ATTORNEY GENERAL OF WASHINGTON
NO. C05-5656                       Torts Division
                                   7141 Cleanwater Drive SW
                                   PO Box 40126
                                   Olympia, WA 98504-0126
                                   (360) 586-6300

118

1    <u>Level II</u> - Appeal. Offenders may appeal Level I grievances to this level. Staff conduct grievances are initiated at this level. All appeals and initial grievances received at Level II are investigated, with the prison superintendent being the respondent.

   <u>Level III</u> - Appeal. Offenders may appeal all Level II responses except emergency grievances to Department headquarters in Tumwater, where they are reinvestigated. Administrators are the respondents.

7.  James Wilkinson, DOC # 717946, is a DOC inmate currently incarcerated at the McNeil Island Corrections Center (MICC) in Steilacoom, Washington. Mr. Wilkinson was first admitted to the DOC in March, 1995.

8.  The DOC's grievance system is well known to inmates; currently over 20,000 grievances are filed per year system wide. Mr. Wilkinson is well aware of the grievance system in the DOC as he has filed approximately 22 separate grievances since June 1996. A true and correct copy of Mr. Wilkinson's grievance history is attached to this declaration as Attachment A.

9.  It is my understanding that Mr. Wilkinson's complaint raises claims pertaining to an alleged practice of CBCC making race conscious housing decisions. Institutions' practices are grievable issues under the DOC's grievance system regardless of whether they are formalized in policy.

10. I have reviewed DOC's official grievance records concerning Mr. Wilkinson and have determined that he has never filed a grievance related to this issue.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED this __2__ day of March, 2007, at Tumwater, Washington.

_____
DEVON SCHRUM

DECLARATION OF DEVON SCHRUM             3           ATTORNEY GENERAL OF WASHINGTON
NO. C05-5656                                                    Torts Division
                                                          7141 Cleanwater Drive SW
                                                              PO Box 40126
                                                          Olympia, WA 98504-0126
                                                              (360) 586-6300

119

```
DT21 O 717946                                              03/02/07 14.14.27
   OTSO300                    GRIEVANCE SUMMARY                     PAGE    1
DOC NO: 717946    NAME: WILKINSON, JAMES Q.          STATUS: ACTIVE INMATE
                  CUR LOC: MCNEIL IS CORR CTR

           COMPLAINT
ACT LOGID    DATE  TYPE CAT  AREA-DESC            SPEC-DESC          JUD FAC LV

  _ 9611768 06/18/96 01   08   809 LIVING UNIT 9   043 CASEWORK          I01  1
  _ 9612703 07/12/96 01   02   809 LIVING UNIT 9   294 INFRACT-MAJOR     I01  0
  _ 9614828 08/16/96 01   08   810 LIVING UNIT 10  616 RELIG. PARAPHER   I01  0
  _ 9620092 10/29/96 01   02   809 LIVING UNIT 9   468 ON-SITE ADJUSTM   I01  1
  _ 0000464 01/05/00 01   02   804 LIVING UNIT 4   054 CELL/UNIT/BED A   C01  0
  _ 0021968 10/09/00 01   02   802 LIVING UNIT 2   224 FOOD-SERVING PR   H04  0
  _ 0115057 07/16/01 01   10   801 LIVING UNIT 1   461 NOISE             B01  0
  _ 0116449 08/01/01 01   50   587 MAIL ROOM       377 MAIL-LOST/MISRO   B01  1
  _ 0202678 02/06/02 03   21   801 LIVING UNIT 1   990 UNFAIR TREATMEN   B01  2
  _ 0209783 05/28/02 01   02   801 LIVING UNIT 1   722 STAFF-TRAINING    B01  1
  _ 0210477 06/10/02 01   50   647 PROPERTY ROOM/S 515 PROP,P-DAMAGED/   B01  0
  _ 0213568 07/29/02 01   50   587 MAIL ROOM       387 MAIL-REJECTION    B01  0
OPTIONS:  G=GRIEVANCE RECORD       P=PERSONAL CHARACTERISTICS
          ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE
```

ATTACHMENT A

120

```
DT21 0 717946                                          03/02/07 14.14.34
   OTSO300                   GRIEVANCE SUMMARY                  PAGE   2
DOC NO: 717946    NAME: WILKINSON, JAMES Q.      STATUS: ACTIVE INMATE
                  CUR LOC: MCNEIL IS CORR CTR

            COMPLAINT
ACT LOGID    DATE    TYPE CAT  AREA-DESC          SPEC-DESC        JUD FAC  LV

 _  0213568 07/29/02  01   50  587 MAIL ROOM      387 MAIL-REJECTION    B01   0
 _  0520329 08/30/05  01   02  051 DOP-INSTITUTION 468 ON-SITE ADJUSTM  B02   0
 _  0604258 02/24/06  03   21  808 LIVING UNIT 8  050 CELL/ROOM-CONFI   S01   2
 _  0605534 03/10/06  03   21  808 LIVING UNIT 8  972 DEMEANOR/ATTITU   S01   0
 _  0610784 05/17/06  01   50  347 CLASSIFICATION 722 STAFF-TRAINING    S01   0
 _  0611056 05/16/06  01   50  689 VISITING/PUBLIC 805 VISIT-DENIED/CA  S01   0
 _  0611057 05/16/06  01   50  689 VISITING/PUBLIC 805 VISIT-DENIED/CA  S01   0
 _  0611562 05/30/06  01   10  802 LIVING UNIT 2  984 PHYSICAL ABUSE/   B01   0
 _  0614506 07/07/06  01   50  689 VISITING/PUBLIC 805 VISIT-DENIED/CA  S04   0
 _  0624971 11/21/06  01   02  811 LIVING UNIT 11 030 ASSIGN/UNASSIGN   I01   0
 _  0701216 01/16/07  01   02  811 LIVING UNIT 11 468 ON-SITE ADJUSTM   I01   0

OPTIONS: G=GRIEVANCE RECORD   P=PERSONAL CHARACTERISTICS
         ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE
```

121