**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

JAMES Q. WILKINSON,

                Plaintiffs,

v.

ELDON VAIL,

                Defendant.

**Case No.** C05-5656JKA

ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S EXPERT WITNESS

This matter comes before the Court on Defendants' Motion to Exclude Plaintiff's Expert Witness. The court has considered all materials submitted in support of and in response to said motion as well as the records and files herein.

**Defendants' Motion to Exclude the testimony of William Collins is denied**. He was disclosed in a timely fashion. Though his opinions were not fully relayed with his designation, it appears to the court that plaintiff has offered an adequate explanation.

Having denied defendants' motion, the court has invited the parties to caucus between themselves for the purpose of working out any adjusted deadlines. If the parties are able to do so, they should submit an amended scheduling order for the courts' approval. If they cannot agree, they should schedule a telephone conference with the court by contacting the court's Judicial Assistant, Allyson Swan, at 253-882-3880.

The court has slightly altered the trial date in a separate order.

Dated this 16th day of March 2007

*/s/ J. Kelley Arnold*
J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1