UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES Q. WILKINSON,

        Plaintiffs,

  v.

ELDON VAIL, *et al.*,

        Defendants.

CASE NO.   C05-5656JKA

ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION

This matter is before the court on defendants' motion for reconsideration of the court's order denying their motion to dismiss. The Court, after reviewing the motion for reconsideration, does hereby find and ORDER:

1. Local Rule CR 7(h)(1) provides, "Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence."  The local rule further provides that no response to the motion shall be filed unless requested by the court. Local Rule 7(h)(3).

2. Defendants have not presented any new facts or law which persuade the court to change its decision. Defendants merely reargue the issue previously presented.

3. Defendants motion for reconsideration is DENIED.

DATED this Tuesday, April 10, 2007.

                              */s/ J. Kelley Arnold*
                              J. Kelley Arnold
                              United States Magistrate Judge