UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES Q. WILKINSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ELDON VAIL, et al,<br><br>　　　　　　Defendants. | Case No.  C05-5656JKA<br><br>MINUTE ORDER SETTING PRETRIAL CONFERENCE |

　　　　The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United States Magistrate Judge:

　　　　A pretrial conference will be held with the Honorable J. Kelley Arnold, U.S. Magistrate Judge, at **8:30 a.m. on April 27, 2007,** at 1717 Pacific Avenue, Courtroom D, Tacoma, Washington 98402. Proposed joint jury instructions, joint statement of disputed instructions, if any, proposed voir dire, and trial briefs are to be filed no later than **April 23, 2005.**

　　　　The foregoing Minute Order entered by 　　/s/ *Allyson P. Swan*　　　　, Deputy Clerk, this April 13, 2007.

MINUTE ORDER
Page - 1