HON. J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES Q. WILKINSON,<br><br>                                Plaintiff,<br>vs.<br><br>ELDON VAIL; SANDRA CARTER; TINA ADAMS; EARL RICHARDSON; GREGORY OLEKAS; SAUL MAZARIEGO; JOHN IDES; MICHAEL CHRISTENSEN; DAVID O'NEEL; PHYLLIS ELLIS; and ROBERT SIGNOR,<br>                                Defendants. | NO. C05-5656 JKA<br><br>**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

The Court having reviewed the record, Plaintiff's Motion for Leave to File Amended Complaint, the proposed Third Amended Complaint, and all responsive pleadings, hereby ADJUDGES and ORDERS:

The Court finds that Plaintiff has moved to amend his Complaint in good faith without undue delay, that the amendment is not futile, and that Defendants are not prejudiced by the amendment.

ORDER ON PLAINTIFF'S MOTION FOR
LEAVE TO FILE AMENDED COMPLAINT - 1
USDC WD WA/TAC C05-5656 JKA

Accordingly, the Court GRANTS Plaintiff's Motion for Leave to File Amended Complaint. Plaintiff may file his proposed Third Amended Complaint forthwith.

DATED this 27th day of April, 2007

/s/J. Kelley Arnold
J. Kelley Arnold
United States Magistrate Judge

Presented by:

By:

Jesse Wing, WSBA #27751
Jay S. Brown, WSBA #19835
MacDONALD HOAGUE & BAYLESS
Attorneys for Plaintiff