HON. J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES Q. WILKINSON,<br><br>            Plaintiff,<br><br>       v.<br><br>ELDON VAIL; SANDRA CARTER; TINA ADAMS; EARL RICHARDSON; GREGORY OLEKAS; SAUL MAZARIEGO; JOHN IDES; MICHAEL CHRISTENSEN; DAVID O'NEEL; PHYLLIS ELLIS; and ROBERT SIGNOR,<br><br>            Defendants. | NO.  C05-5656 JKA<br><br>ORDER ON PLAINTIFF'S MOTION IN LIMINE REGARDING MEDICAL EXPERT WITNESS TESTIMONY |

THE COURT, having reviewed the Plaintiff's Motion in Limine Regarding Medical Expert Witness Testimony, as well as Defendants' Response and Plaintiff's Reply, if any, hereby rules on Plaintiff's Motion in Limine Regarding Medical Expert Witness Testimony as follows:

1) Any testimony from Defendants' experts regarding training, supervision, standard of care, or scope of practice of physician assistants - DENIED.

2) Any testimony from Defendants' experts regarding plastic surgery procedures available to Plaintiff to repair the scarring on his back and elbow, and the cost of any such procedures; or regarding the efficacy of Mederma cream, silicone sheeting, or multi-layer suturing repair that could have been done to minimize Plaintiff's scarring – GRANTED.

ORDER ON PLAINTIFF'S MOTION IN LIMINE REGARDING MEDICAL EXPERT WITNESS TESTIMONY (C05-5656 JKA) - 1

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX:  (206) 343-3961

3) Any testimony from Dr. David Ellis or Dr. Hopfner regarding the neurological effects of Plaintiff's injuries – GRANTED, except as to Dr. Jesson.

4) Any testimony from Dr. Barbara Jessen and Dr. Ellis regarding Mr. Wilkinson's prejudicial medical history detailed in their reports, except to the extent it directly relates to their expert opinions - RESERVED.

SO ORDERED this 27th day of April, 2007.

*/s/ J. Kelley Arnold*
HON. J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

Presented by:

MACDONALD HOAGUE & BAYLESS

By   */s/ Joseph R. Shaeffer*
Jesse Wing, WSBA #27751
jessew@mhb.com
Jay S. Brown, WSBA #19835
jayb@mhb.com
Joseph R. Shaeffer, WSBA #33273
josephs@mhb.com
705 Second Avenue, Suite 1500
Seattle, WA  98104-1745
Phone:  206-622-1604
Fax:  206-343-3961
Attorneys for Plaintiffs

ORDER ON PLAINTIFF'S MOTION IN LIMINE
REGARDING MEDICAL EXPERT WITNESS
TESTIMONY (C05-5656 JKA) - 2

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX:  (206) 343-3961