HON. J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES Q. WILKINSON,<br><br>        Plaintiff,<br><br>   v.<br><br>ELDON VAIL; SANDRA CARTER; TINA ADAMS; EARL RICHARDSON; GREGORY OLEKAS; SAUL MAZARIEGO; JOHN IDES; MICHAEL CHRISTENSEN; DAVID O'NEEL; PHYLLIS ELLIS; and ROBERT SIGNOR,<br><br>        Defendants. | NO.  C05-5656 JKA<br><br>ORDER ON MOTION IN LIMINE REGARDING EVIDENCE OF OTHER ACTS |

THE COURT, having reviewed the Plaintiff's Motion in Limine Regarding Evidence of Other Acts, as well as Defendants' Response and Plaintiff's Reply, if any, hereby rules on Plaintiff's Motion in Limine Regarding Evidence of Other Acts as follows:

1) Testimony and other evidence detailing the crimes for which Mr. Wilkinson and his assailants, and any other prisoner witnesses, were convicted, and the facts surrounding those crimes, are excluded – DENIED.

2) Testimony and other evidence detailing in-custody infractions by Mr. Wilkinson and his attackers, and the facts surrounding those infractions will be admitted - GRANTED.

ORDER ON MOTION IN LIMINE REGARDING
EVIDENCE OF OTHER ACTS (C05-5656
JKA) - 1

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX:  (206) 343-3961

3) Testimony and other speculative evidence regarding other possible motivations for the assault, which have never been proven and are based solely on hearsay are excluded - GRANTED.

4) All hearsay evidence, and any anticipated testimony based on that evidence, contained in the report of Defendants' "expert" witness Brian Parry is excluded - GRANTED.

5) Mr. Parry's opinions, to the extent they are not the proper subject of "expert" testimony and would not assist the trier of fact, are excluded - GRANTED.

SO ORDERED this 27th day of April, 2007.

*/s/ J. Kelley Arnold*
HON. J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

Presented by:

MacDONALD HOAGUE & BAYLESS

By ____*/s/ Joseph R. Shaeffer*____
Jesse Wing, WSBA #27751
jessew@mhb.com
Jay S. Brown, WSBA #19835
jayb@mhb.com
Joseph R. Shaeffer, WSBA #33273
josephs@mhb.com
705 Second Avenue, Suite 1500
Seattle, WA  98104-1745
Phone:  206-622-1604
Fax:  206-343-3961
Attorneys for Plaintiffs

ORDER ON MOTION IN LIMINE REGARDING
EVIDENCE OF OTHER ACTS (C05-5656 JKA) - 2

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX:  (206) 343-3961