1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

HON. J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| JAMES Q. WILKINSON,<br><br>    Plaintiff,<br><br>v.<br><br>ELDON VAIL; SANDRA CARTER; TINA ADAMS; EARL RICHARDSON; GREGORY OLEKAS; SAUL MAZARIEGO; JOHN IDES; MICHAEL CHRISTENSEN; DAVID O'NEEL; PHYLLIS ELLIS; and ROBERT SIGNOR,<br><br>    Defendant. | NO.  C05-5656JKA<br><br>ORDER RE: DEFENDANT PHYLLIS ELLIS' MOTIONS IN LIMINE |

    THIS MATTER having come on for hearing on Defendant Phyllis Ellis' Motions in Limine, by and through her counsel of record, and the Court having considered the files and records herein and being fully advised, now, therefore,

    IT IS HEREBY ORDERED, that Plaintiff is precluded from introducing any evidence or testimony, comments, argument, statements or questions by counsel, any witnesses, parties, directly, indirectly or by inference on the following matters:

/ /

/ /

/ /

/ /

/ /

ORDER RE: ELLIS' MOTIONS IN LIMINE - 1
C:\NrPortbl\iManage\HRG1338516

**JACKSON & WALLACE LLP**
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA  98101
(206) 386-0214

| No. | Description | Granted | Denied | Reserved |
|---|---|---|---|---|
| 1 | The fact that this motion has been filed. | Granted | | |
| 2 | Witnesses' probable testimony. | Granted | | |
| 3 | Testimony by non-experts as to medical or psychological damage or diagnosis. | Granted, except as to physical condition and attitude | | |
| 4 | Any testimony purporting to state what the law is. | Granted | | |
| 5 | Testimony as to the value of hedonic damages. | Granted | | |
| 6 | Expenses of litigation. | Granted | | |
| 7 | Prohibiting any reference to the financial situation of the parties and Plaintiff's inability to pay for medical services. | Granted, except as to mitigation issues | | |
| 8 | Undisclosed theories of law. | Granted | | |
| 9 | Any Witnesses, Evidence or Theories Not Identified in Discovery. | Granted | | |
| 10 | All parties should be required to give notice of witnesses to be called in trial. | Granted | | |
| 11 | Testimony by unqualified persons as to future wage loss and future medical expenses. | Granted | | |
| 12 | Medical Records and Bills Unsupported by Proper Testimony. | Granted | | |
| 13 | Arguments that jurors should place themselves in the position of Plaintiff are inappropriate. | Granted | | |
| 14 | Evidence regarding symptoms, medical conditions and medical costs which have not been related to this accident by an expert on a more-probable-than-not basis. | Granted | | |
| 15 | Any statement or testimony without proper foundation that the Plaintiff suffered an "emotional" or "psychological" injury should be excluded. | Granted | | |
| 16 | Any evidence or argument concerning insurance available to Defendants are inadmissible. | Granted | | |
| 17 | Reference to settlement or settlement negotiations is inadmissible. | Granted | | |
| 18 | Any proffered opinion testimony by Plaintiffs' experts outside of their field of expertise should be excluded, including any testimony relating to causation and damages. | | | Reserved |

ORDER RE: ELLIS' MOTIONS IN LIMINE - 2
C:\NrPortbl\iManage\HRG1338516

**JACKSON & WALLACE LLP**
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA  98101
(206) 386-0214

IT IS FURTHER ORDERED that Plaintiff's counsel and Plaintiff shall inform all witnesses called by Plaintiff of the prohibition against testimony on these subjects. To the extent a particular motion in limine is denied or reserved, Defendant Phyllis Ellis shall have a continuing objection as to any evidence or testimony, comments, argument, statements or questions by counsel, any witnesses, parties, directly, indirectly or by inference on the matters set forth therein.

DONE IN OPEN COURT this 27th day of April, 2007.

*/s/ J. Kelley Arnold*
U.S. MAGISTRATE JUDGE

Presented by:

JACKSON & WALLACE LLP

By /s/Matthew R. Wojcik
Matthew R. Wojcik, WSBA No. 27918
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 386-0214
Fax: (206) 386-0216
Email: mwojcik@jacksonwallace.com
Attorneys for Defendant Phyllis Ellis

ORDER RE: ELLIS' MOTIONS IN LIMINE - 3
C:\NrPortbl\iManage\HRG1338516

**JACKSON & WALLACE LLP**
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA 98101
(206) 386-0214