HON. J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| JAMES Q. WILKINSON,<br><br>    Plaintiff,<br><br>v.<br><br>ELDON VAIL; SANDRA CARTER; TINA ADAMS; EARL RICHARDSON; GREGORY OLEKAS; SAUL MAZARIEGO; JOHN IDES; MICHAEL CHRISTENSEN; DAVID O'NEEL; PHYLLIS ELLIS; and ROBERT SIGNOR,<br><br>    Defendant. | NO. C05-5656JKA<br><br>ORDER RE: DEFENDANT PHYLLIS ELLIS' MOTIONS IN LIMINE RE DR. EDWARD HOPFNER |

THIS MATTER having come on for hearing on Defendant Phyllis Ellis' Motion in Limine re: Dr. Edward Hopfner, by and through her counsel of record, and the Court having considered the files and records herein and being fully advised, now, therefore,

IT IS HEREBY ORDERED that Plaintiff is precluded from introducing any evidence or testimony, comments, argument, statements or questions by counsel, any witnesses, parties, directly, indirectly or by inference concerning a stipulation and agreed order signed by non-party witness Edward Hopfner, M.D. on January 21, 1994, OTHER THAN THE COURT WILL ALLOW INQUIRY AS TO WHETHER DR. HOPFNER LIED TO THE LICENSING BOARD RE: PERSONAL CONDUCT.

IT IS FURTHER ORDERED that Plaintiff shall inform all witnesses called by Plaintiff of the prohibition against testimony on these subjects. To the extent a particular motion in limine is

ORDER RE: ELLIS' MOTION IN LIMINE RE DR. HOPFNER- 1
C:\NrPortbl\iManage\HRG1338569

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA  98101
(206) 386-0214

denied or reserved, Defendant Phyllis Ellis shall have a continuing objection as to any evidence or testimony, comments, argument, statements or questions by counsel, any witnesses, parties, directly, indirectly or by inference on the matters set forth therein.

DONE IN OPEN COURT this 27th day of April, 2007.

*/s/ J. Kelley Arnold*
U.S. MAGISTRATE JUDGE

Presented by:

JACKSON & WALLACE LLP

By  /s/Matthew Wojcik
Matthew Wojcik, WSBA No. 27918
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 386-0214
Fax: (206) 386-0216
Email: mwojcik@jacksonwallace.com
Attorneys for Defendant Phyllis Ellis

ORDER RE: ELLIS' MOTION IN LIMINE RE DR. HOPFNER- 2
C:\NrPortbl\iManage\HRG1338569

**JACKSON & WALLACE LLP**
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA  98101
(206) 386-0214