# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMES Q. WILKINSON,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ELDON VAIL, et al.,<br><br>　　　　　　　　Defendants. | NO. C05-5656 JKA<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXPEDITE |

IT IS HEREBY ORDERED that Defendants' Motion to Expedite Defendants' Motion to Stay Proceedings is hereby GRANTED. The Motion to Stay Proceedings will be heard on April 27, 2007.

DATED this 27th day of April, 2007.

　　　　　　　　　　　　　　　　/s/ J. Kelley Arnold
　　　　　　　　　　　　　　　　HONORABLE J. KELLEY ARNOLD
　　　　　　　　　　　　　　　　United States Magistrate Judge

Submitted by:

ROB MCKENNA
Attorney General


/s/ Paul James
PAUL F. JAMES, WSBA #13525
JEFF FREIMUND, WSBA #17384
SARA J. OLSON, WSBA #33003
Assistant Attorneys General