UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES Q. WILKINSON,<br><br>         Plaintiff,<br><br>v.<br><br>ELDON VAIL; SANDRA CARTER; TINA ADAMS; EARL RICHARDSON; GREGORY OLEKAS; SAUL MAZARIEGO; JOHN IDES; MICHAEL CHRISTENSEN; DAVID O'NEEL; PHYLLIS ELLIS; and ROBERT SIGNOR,<br><br>         Defendant. | NO.  C05-5656JKA<br><br>STIPULATION AND ORDER OF<br><br>DISMISSAL |

## **STIPULATION**

Plaintiff James Q. Wilkinson and Defendant Phyllis Ellis hereby stipulate that all claims asserted against Defendant Ellis in this action have been settled and should be dismissed with prejudice pursuant to CR 41(a).  Each party shall bear its own fees and costs, and the attached order may be entered by the Court.

STIPULATION AND ORDER OF DISMISSAL - 1
C:\NrPortbl\iManage\MRW1365597

**JACKSON & WALLACE LLP**
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA  98101
(206) 386-0214

DATED this 1st day of June, 2007.

| MACDONALD, HOAGUE & BAYLESS | JACKSON & WALLACE LLP |
|---|---|
| By: /s/ Jesse Wing<br>Jesse Wing, WSBA #27751<br>Jay S. Brown, WSBA #19835<br>1500 Hoge Building<br>705 Second Avenue<br>Seattle, WA  98104<br>Telephone:  (206) 622-1604<br>Fax:  (206) 343-3961<br>Attorneys for Plaintiff Wilkinson | By: /s/Matthew Wojcik<br>Matthew Wojcik, WSBA No. 27918<br>1201 Third Avenue, Suite 3080<br>Seattle, WA 98101<br>Telephone:  (206) 386-0214<br>Fax:  (206) 386-0216<br>Email:  mwojcik@jacksonwallace.com<br>Attorneys for Defendant Phyllis Ellis |

## ORDER

THIS MATTER having come before the Court on the foregoing Stipulation for dismissal with prejudice, now therefore it is hereby

ORDERED and ADJUDGED that all claims asserted in the above-captioned civil action are dismissed with prejudice.  Each party shall bear its own fees and costs.

DATED this 21st day of June, 2007.

/s/ J. Kelley Arnold
U.S. Magistrate Judge

Presented by:

JACKSON & WALLACE LLP

By: /s/Matthew Wojcik
Matthew Wojcik, WSBA No. 27918
1201 Third Avenue, Suite 3080
Seattle, WA 98101
Telephone: (206) 386-0214
Fax: (206) 386-0216
Email: mwojcik@jacksonwallace.com
Attorneys for Defendant Phyllis Ellis

STIPULATION AND ORDER OF DISMISSAL - 2
C:\NrPortbl\iManage\MRW1365597

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA  98101
(206) 386-0214

1

2   Approved as to Form and Content; Notice
    of Presentation Waived:

3   MACDONALD, HOAGUE & BAYLESS

4

5   By: /s/ Jesse Wing_____
        Jesse Wing, WSBA #27751
        Jay S. Brown, WSBA #19835
6       1500 Hoge Building
        705 Second Avenue
7       Seattle, WA  98104
        Telephone: (206) 622-1604
8       Fax: (206) 343-3961
        Attorneys for Plaintiff Wilkinson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL - 3
C:\NrPortbl\iManage\MRW1365597

**JACKSON & WALLACE LLP**
Washington Mutual Tower
1201 Third Avenue, Suite 3080
Seattle, WA  98101
(206) 386-0214